IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br><br>vs<br><br>1) JOSE MARIO MONTOYA-DIAZ<br>a/k/a EL VIEJO<br>(Counts 1 and 5)<br>2) CARLOS MARIO MONTOYA<br>a/k/a Junito<br>(Counts 1 and 5)<br>3) ALEJANDRO GERMAN GONZALEZ<br>a/k/a Saman<br>(Counts 1 and 5)<br>4) FARID CHAIN-CHAIN<br>a/k/a Feo, Turko, El Mono, Colorao<br>(Counts 1 and 5)<br>5) FABIAN PADILLA-BAEZ<br>(Counts 1, 2, and 5)<br>6) IVELISSE NUNEZ-GUERRERO, a/k/a I've<br>(Counts 1, 3, and 5)<br>7) EMILIO NOVA-MOTA<br>(Counts 1, 4, and 5)<br>8) PASCUALA PEREZ-EFRECE, a/k/a Atena<br>(Counts 1 and 5)<br>9) JORGE MANOTAS-MEJIA a/k/a Capi<br>(Counts 1 and 5)<br>10) JUAN CARLOS DIAZ-CARRASQUILLO<br>(Counts 1 and 5)<br><br>Defendants | CRIMINAL 05-0111CCC |

## ORDER

Having considered the Motion for Reconsideration of the Defendant's Motion to Receive Credit for Time Served filed by defendant Carlos M. Montoya on March 21, 2007 (docket entry 220), the same is GRANTED. Accordingly, defendant shall be credited for the time he served in custody in Colombia while awaiting to be extradited to the United States. The calculation of the amount of time to be credited shall be done by the Bureau of Prisons. An amended judgment will be entered.

The Request for A Ruling on the Defendant's Motion filed by defendant Montoya on

CRIMINAL 05-0111CCC           2

May 23, 2007 (docket entry 241) is NOTED but MOOT.

    SO ORDERED.

    At San Juan, Puerto Rico, on June 6, 2007.

                                          S/CARMEN CONSUELO CEREZO
                                          United States District Judge